# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEONARD W. HILL

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-00155-APG-VCF

**ORDER**

Petitioner has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The application is incomplete because it is missing a statement of petitioner's inmate account and because petitioner did not have the financial certificate signed by the appropriate prison official. Nonetheless, the information that petitioner himself provides shows that he is able to pay the full filing fee of five dollars ($5.00).

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: January 25, 2017.

                                                ANDREW P. GORDON
                                                United States District Judge