1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7          **DISTRICT OF NEVADA**
8
9    LEONARD W. HILL
10          Petitioner,                    Case No. 2:17-cv-00155-APG-VCF
11   vs.                                   **ORDER**
12   BRIAN WILLIAMS, et al.,
13          Respondents.
14
15          Petitioner having filed an unopposed motion for extension of time (second request) (ECF
16   No. 15), and good cause appearing;
17          IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time
18   (second request) (ECF No. 15) is **GRANTED**.  Petitioner will have through February 12, 2018, to
19   file and serve an amended petition.
20          Dated: January 8, 2018.
21
22
23                                              ANDREW P. GORDON
                                                United States District Judge
24
25
26
27
28