# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEONARD W. HILL

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-00155-APG-VCF

**ORDER**

    Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 17), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 17) is **GRANTED**. Petitioner will have through April 13, 2018, to file and serve an amended petition.

    DATED: February 12, 2018.

                                  ANDREW P. GORDON
                                  United States District Judge