RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KIMBERLY SANDBERG
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Kimberly_Sandberg@fd.org

Attorney for Petitioner Leonard W. Hill

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD W. HILL,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, ET AL,<br><br>    Respondents. | Case No. 2:17-cv-00155-APG-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(FOURTH REQUEST)**    **ORDER** |

Petitioner Leonard W. Hill, by counsel, moves this Court for the entry of Order extending the time within which he must file an Amended Petition for Writ of Habeas Corpus by two weeks from April 13, 2018 to and including April 27, 2018. Hill's request is based on the record in this case and the attached Points and Authorities.

POINTS AND AUTHORITIES

1. On August 14, 2017, the Office of the Federal Public Defender was appointed as counsel for Petitioner, Leonard W. Hill (ECF No. 7). Undersigned counsel filed her appearance on September 14, 2017 (ECF No. 10).

2. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Hill.

3. Hill's Amended Petition is drafted, but in completing final edits, counsel realized that she should meet with her client, Hill, to discuss several of the claims and clarify several issues before filing. Counsel fully expects that this meeting and any potential changes to the petition can be completed within two weeks.

4. Senior Deputy Attorney General Heather D. Procter does not object to this request. However, Ms. Procter expressed that her lack of objection does not constitute a waiver of any procedural defenses Respondents may wish to raise in response to the amended petition including, but not limited to, timeliness, procedural default, and questions of exhaustion.

5. The requested extension is necessary for counsel to complete her review of the case and to draft and file the Amended Petition. For these reasons, as well as the record in this case, Mr. Hill respectfully asks this Court to grant his request to extend the time for filing an Amended Petition by two weeks until April 27, 2018.

Dated this 13th day of April, 2018.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Kimberly Sandberg*

KIMBERLY SANDBERG
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: April 16, 2018.

3