# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEONARD W. HILL,

    Petitioner,

    v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-00155-APG-VCF

**ORDER**

    Petitioner has filed a first amended petition (ECF No. 21). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    IT THEREFORE IS ORDERED that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (ECF No. 21). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained.

    IT FURTHER IS ORDERED that if respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

IT FURTHER IS ORDERED that if respondents file and serve a motion, then petitioner will have fourteen (14) days from the date of service of the motion to file a response to the motion. Respondents then will have seven (7) days from the date of service of the response to file a reply.

IT FURTHER IS ORDERED that, notwithstanding Local Rule LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the court.

Dated: July 23, 2018.

                                                      ANDREW P. GORDON
                                                      United States District Judge