# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD W. HILL, | Case No. 17-cv-00155-APG-VCF |
| Petitioner, | |
| v. | **ORDER GRANTING ENLARGEMENT OF TIME** |
| BRIAN WILLIAMS, et al., | (ECF No. 30) |
| Respondents. | |

Respondents' unopposed motion to enlarge time **(ECF No. 30)** to file their response to Petitioner's first-amended petition **is GRANTED**. Respondents' response is due October 21, 2018.

DATED this 7th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE