# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD W. HILL, | Case No. 2:17-cv-00155-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 36), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 36) is **GRANTED**. Petitioner will have through December 20, 2018, to file a response to the motion to dismiss (ECF No. 32).

Dated: November 7, 2018.

ANDREW P. GORDON
United States District Judge