# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD W. HILL,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:17-cv-00155-APG-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 39), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 39) is **GRANTED**. Respondents will have through February 11, 2019, to file and serve a reply to petitioner's opposition (ECF No. 38).

DATED: December 28, 2018

                                                                                    _____<br>
                                                                                     ANDREW P. GORDON<br>
                                                                                     United States District Judge