# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD W. HILL,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:17-cv-00155-APG-VCF<br><br>**ORDER** |

IT IS HEREBY ORDERED that petitioner Leonard W. Hill's motion for dismissal of ground 1 and partial dismissal of ground 5 of the amended petition **(ECF No. 45) is GRANTED.** Ground 1 and the unexhausted part of ground 5 are dismissed.

IT FURTHER IS ORDERED that the respondents will have 60 days from the date of entry of this order to file and serve an answer, which must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Hill will have 30 days from the date on which the answer is served to file a reply.

DATED: August 19, 2019.

_____
ANDREW P. GORDON
United States District Judge

1