# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD W. HILL,<br><br>      Petitioner,<br><br>   v.<br><br>BRIAN WILLIAMS, et al.,<br><br>      Respondents. | Case No. 2:17-cv-00155-APG-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 48) is **GRANTED**. Respondents will have up to and including December 2, 2019, to file and serve an answer.

Dated: October 16, 2019.

                                                                     _____<br>
                                                                     ANDREW P. GORDON<br>
                                                                     United States District Judge