Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Leonard W. Hill

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Leonard W. Hill,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Brian Williams, *et al.*,<br><br>　　　　Respondents. | Case No. 2:17-cv-00155-APG-VCF<br><br>**Unopposed motion for extension of time to file a reply to answer**<br><br>**(First request)**<br><br>**ORDER** |

Petitioner Leonard Hill moves this Court for the entry of an order extending the time within which he must file a reply to answer by 47 days from January 2, 2020 to and including February 18, 2020. The state, by Deputy Attorney General Erin L. Bittick, does not object to this request.

Hill, through counsel, filed an amended petition on April 27, 2018.[1] The state filed a motion to dismiss,[2] which Hill opposed.[3] This Court issued an order on the state's motion to dismiss on July 25, 2019.[4] The state filed an answer to Hill's remaining claims on December 2, 2019.[5] Hill now moves this Court for an extension of time to file a reply to the state's answer. This is Hill's first request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice as well as in the interests of Hill.

Because of counsel's schedule, she has not been able to meet the deadline of January 2, 2020, for filing the reply to the state's answer. Counsel's schedule has included the following: an oral argument to the Ninth Circuit Court of Appeals in *Vontobel v. Benedetti*, case no. 18-15892 on December 2, 2019; a petition for writ of certiorari, *Vincent v. Williams,* case no. 17-16992, on December 9, 2019. On December 13, 2019, an evidentiary hearing was ordered in the case of *McClain v. LeGrand*, case no: 3:14-cv-00269-MMD-CBC; the date of the hearing was set for February 19, 2019. Counsel immediately began preparing for this hearing. Counsel has also been drafting a genetic marker petition in the case of *Rivera v. Williams*, case no. 2:19-cv-00288-APG-BNW, which will be filed January 3, 2020, in the

---

[1] ECF No. 21.
[2] ECF No. 32.
[3] ECF No. 38.
[4] ECF No. 44.
[5] ECF No. 50.

2

Eighth Judicial District Court. Counsel also has met with two new clients in the past week.

Counsel was also out of the office from December 24-January 1, 2020.

For these reasons, counsel respectfully asks this Court to grant Hill's request to extend the time for filing reply to answer by 47 days until February 18, 2020.

Dated January 2, 2020.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Kimberly Sandberg*
Kimberly Sandberg
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: 01/09/2020

3